# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ARKEMA, INC.,

      Plaintiff/Counter-defendant,

v.                                          CASE NO.  8:17-cv-57-T-26AEP

BULK RESOURCES, INC.,

      Defendant/Counter-claimant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions, it is

**ORDERED AND ADJUDGED** that Arkema's Motion to Dismiss Bulk Resources'

Indemnification-Related Counterclaims (Dkt. 30) is **denied**.  After review of the relevant cases

cited by the parties, including the ones issued by this Court in this and other cases, together with

the allegations of counts I and III of Bulk Resources' counterclaim, the Court agrees with Bulk

Resources' contention that within the context of a contractual claim for indemnification there is a

universe of difference between whether a claim for such indemnification is ripe for a decision

and whether the filing of a such a claim for indemnification is premature.  The Court agrees in

that regard with Judge Moody's decision in <u>BP Prods. N. Am., Inc. v. Giant Oil, Inc.</u>, 545 F.

Supp. 2d 1257, 1260 (M.D. Fla. 2008) that "contractual indemnity actions can be filed prior to

judgment in the underlying action." (Citations omitted.)  Arkema shall file its answer and

defenses to counts I and III of Bulk Resources' counterclaim **within fourteen (14) days** of this order.

       **DONE AND ORDERED** at Tampa, Florida, on June 1, 2017.


                           *s/Richard A. Lazzara*
                         **RICHARD A. LAZZARA**
                         **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record